IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE BURLINGTON INSURANCE COMPANY, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:24-cv-01021-XR |
| VERICLEAN JANITORIAL SERVICES, LLC, UNION PACIFIC RAILROAD COMPANY, AND C&W FACILITY SERVICES, INC., | § § § § § § § | |
| Defendants. | § | |

**JOINT NOTICE OF SETTLEMENT**

The parties announce to the Court that they have settled this case. The parties are formalizing the settlement. Thereafter, the parties will file with the Court a stipulation of dismissal with prejudice of all claims in this case.

The parties respectfully request the Court stay all deadlines in the case, including the deadline identified in the Court's Text Order issued on April 4, 2025 Granting Motion for Extension of Time to File Response/Reply to Plaintiff's Motion for Summary Judgment (ECF No. 31). All parties agree to this request.

Respectfully submitted,

*/s/ Marcie L. Schout (by permission)*
WM. LANCE LEWIS
State Bar No. 12314560
S.D. Bar No. 28635
MARCIE L. SCHOUT
State Bar No. 24027960
S.D. Bar No. 34593
TORIE ABBOTT
State Bar No. 24115929
S.D. Bar No. 3841924
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
llewis@qslwm.com
mschout@qslwm.com
tabbott@qslwm.com
(214) 871-2100 Telephone
(214) 871-2111 Facsimile

**ATTORNEYS FOR PLAINTIFF
THE BURLINGTON INSURANCE COMPANY**


*/s/ Brooke H. McCarthy (by permission)*
JAMES M. GARY
Texas State Bar No. 24006722
**KUTAK ROCK LLP**
One Union National Plaza
124 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
james.gary@kutakrock.com
(501) 975-3000 Telephone
(501) 975-3001 Facsimile

-and-

>Brooke H. McCarthy (*pro hac vice*)
>**KUTAK ROCK LLP**
>1650 Farnam Street
>Omaha, NE 68102
>brooke.mccarthy@kutakrock.com
>(402) 346-6000 Telephone
>
>**ATTORNEYS FOR DEFENDANT**
>**UNION PACIFIC RAILROAD COMPANY**
>
>
>*/s/ Cassandra Pruski (by permission)*
>Todd Lipscomb
>State Bar No. 00789836
>Cassandra Pruski
>State Bar No. 24983690
>**LOREE & LIPSCOMB,**
>777 E. Sonterra Blvd., Suite 320
>San Antonio, Texas 78258
>todd@1hllawfirm.com
>cassie@1hllawfirm.com
>(210) 404-1320 Telephone
>(210) 404-1310 Facsimile
>
>**ATTORNEYS FOR DEFENDANT**
>**VERICLEAN JANITORIAL SERVICES,**
>**LLC**
>
>
>*/s/ Ben Zinnecker*
>Ben Zinnecker
>State Bar No. 24066504
>**GERMER BEAMAN & BROWN PLLC**
>One Barton Skyway
>1501 S. Mopac Expy, Suite A400
>Austin, Texas 78746
>bzinnecker@germer-austin.com
>(512) 472-0288 Telephone
>(512) 472-0721 Facsimile
>
>**ATTORNEYS FOR DEFENDANT**
>**C&W FACILITY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, a true and correct copy of the foregoing was forwarded to all counsel of record via electronic service and/or via the electronic filing system for the U.S. District Court, Western District of Texas, in compliance with the Federal Rules of Civil Procedure.

*/s/ Ben Zinnecker*
Ben Zinnecker