# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br>    *Plaintiff*<br><br>-vs-<br><br>VERICLEAN JANITORIAL SERVICES, LLC, C&W FACILITY SERVICES, INC., UNION PACIFIC RAILROAD COMPANY,<br>    *Defendants* | §§§§§§§§§§§§§ | SA-24-CV-01021-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

All claims are **DISMISSED WITH PREJUDICE** with each party to bear their own fees and costs.

It is so **ORDERED**.

**SIGNED** this 1st day of August, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE